# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNADO K. TAYLOR, 131825, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 19-1046-NJR |
| LORI DAMMERMANN, et al | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On September 26, 2019, this case was opened without the payment of a filing fee or the filing of a motion for leave to proceed in district court without prepaying fees or costs ("IFP Motion"). On the same date, the Court entered a Notice and Order advising Taylor of his obligation to pay the filing fee of $400.00 or to file an IFP Motion within thirty (30) days (*i.e.*, on or before October 28, 2019) (Doc. 2). He was warned that failure to comply would result in dismissal of the action and was provided with a blank IFP Motion. *Id*. The Notice and Order was returned as undeliverable (Doc. 3). On November 4, 2019, Plaintiff was ordered to pay the filing fee of $400.00 or to file an IFP Motion no later than November 15, 2019 or face dismissal (Doc. 4). The Order was again returned as undeliverable (Doc. 5).

To date, Taylor has failed to pay the filing fee or file an IFP Motion, and the Court has received no communication from him since September 26, 2019. Therefore, this action is **DISMISSED** without prejudice for Taylor's failure to comply with an Order of this Court and failure to prosecute. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: November 22, 2019**

                                                  **s/ NANCY J. ROSENSTENGEL**
                                                  **NANCY J. ROSENSTENGEL**
                                                  **Chief U.S. District Judge**